**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jose R. Miranda,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>Maricopa County Board of Supervisors, et al.,<br><br>　　　　　　Defendants. | No. CIV 05-2076-PHX-DGC (DKD)<br><br>**ORDER** |

It appearing to the Court that Defendant's Motion to Dismiss (Doc. #9), filed March 28, 2006, is now ready for the Court's consideration,

**IT IS THEREFORE ORDERED** withdrawing the reference to the current Magistrate Judge as to the Motion to Dismiss (Doc. #9). All other matters shall remain before the Magistrate Judge for disposition as appropriate.

DATED this 12th day of May, 2006.

_____
David G. Campbell
United States District Judge